IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>  v.<br><br>VERA BRADLEY DESIGNS, INC.,<br><br>    Defendant. | Lead Case No. 2:26-cv-00051 |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN MADDEN, LTD.,<br><br>    Defendant. | Member Case No. 2:26-cv-00071 |

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Steven Madden, Ltd. have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: February 23, 2026

*/s/ Stephanie Moore*
Kevin W. Tucker (He/Him) (PA 312144)
Stephanie Moore (She/Her) (PA 329447)
Kayla Conahan (She/Her) (PA 329529)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Tel. (412) 877-5220

Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
smoore@eastendtrialgroup.com
kconahan@eastendtrialgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 23, 2026, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

*/s/ Stephanie Moore*
Stephanie Moore